Stephanie Christoff
30 Windsor Terrace, 3C
White Plains, NY 10602
October 27, 2011



Judge Cathy Seibel
United States District Court
Southern District of New York
U.S. Courthouse
300 Quarropas Street,
White Plains, NY 10601

Dear Judge Cathy Seibel:

I would like to request an informal meeting in your chambers to discuss the following prescheduleed November 4, 2011 meeting or an alternative date to be determined by Judge Seibel re: Civil Case Number: 10:7-c.v.8505 (C(S). 1.) Defendants continued denial to complete interrogatory responses. 2.) Defendants denial to allow electronic discovery. 3.) Defendants continued lack of cooperation to my requests to complete each section. 4.) Acknowledgement by Defendants that Manager, George Pappas and Saturn Business Systems did not adhere to Federal EEOC guidelines requiring an an annual evaluation for the 4.5 years of Plaintiff's employment 5.) Acknowledgement that Plaintiff was the only Female Outside Sales Rep. and was wrongfully terminated 6.) Request to increase punitive damages due to Plaintiff to $750,000 as a result of wrongful termination and bullying.

Sincerely,
Stephanie Christoff

cc: Andrew Singer

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

Writer's Direct Dial: (212) 702-3144
Writer's Direct Fax: (646) 417-6173
E-mail: Sinkman@thsh.com

October 19, 2011

**VIA FEDERAL EXPRESS & EMAIL**
Stephanie Christoff
30 Windsor Terrace, 3C
White Plains, NY 10605
stephaniechristoff@yahoo.com

Re:   *Christoff v. Saturn Business Systems, et al.*, 10 Civ. 8505 (CS)

Dear Ms. Christoff:

We received your responses to our discovery objections. We stand by all of the objections we previously made, and we have produced all of the documents in our possession responsive to your requests that were not objectionable. Pursuant to the Court's Order dated October 6, 2011, you should notify the Court by October 20th if you are not satisfied with our responses and seek resolution of any such disputes.

To clarify a related matter raised in your responses, Len Sophinos's employment contract was produced to you on April 29, 2011, with pages Bates numbered SBS00015-SB00017.

Thank you.

Sincerely,

Matthew J. Sinkman



# Plymouth SuperCenter

400 Ann Arbor Rd.
Plymouth, MI 48170

## Fax Cover Sheet

Tel.: (734) 459-3500
Fax: (734) 459-5470

CC:

| To: Judge Seibel | From: Stephanie Christoff |
|---|---|
| Attention: Andrew Singer, Defendant | Date: 10/27/ 2011 |
| Office Location: Southern District of NY 900 Third Ave, NY NY 10022 | Office Location: |
| Fax Number: (914) 390-4278 (212)-937-5261 | Fax Number: ( ) - |

☐ Urgent  ☒ Reply ASAP  ☐ Please Comment  ☐ Please Review  ☐ FYI

Total Pages Including Cover Sheet: 3

**Comments:**

Judge Seibel, I would like to schedule an informal meeting in your chambers during the month of November 2011 with the Defense Attorney. This fax is in response to Docket Civil #: 7:10-C.V. 8505 (C)(S) update from Defendants on 10/19/2011.