UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Stephanie Christoff,

                Plaintiff

        v.

George Pappas, et al.,

                Defendant.
------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-2-11
```

**ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE**

10 Civ. 8505 (CS)

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge, for the following purpose(s):

| | | | |
|---|---|---|---|
| __X__ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | HABEAS CORPUS |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ | SOCIAL SECURITY |
| __x__ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *  Letter from Plaintiff dated 10/27/11 | ____ | SETTLEMENT |
| | | ____ | CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| | | ____ | CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF _____ |

____ JURY SELECTION

Dated: 11/1/11
White Plains, New York

SO ORDERED:

*signature*

United States District Judge

\* Do not check if already referred for General Pre-Trial.