**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                                        November 3, 2011
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## SCHEDULING NOTICE

<u>CHRISTOFF v. PAPPAS ET AL.</u>, 10 CV 8505 (CS)(LMS)

| | |
|---|---|
| Stephanie Christoff<br>30 Windsor Terrace, 3C<br>White Plains, NY 10605 | Andrew W. Singer<br>Tannenbaum Helpern Syracuse & Hirschtritt LLP<br>900 Third Avenue<br>New York, NY 10022 |

The matter of <u>CHRISTOFF v. PAPPAS ET AL.</u> has been scheduled for an in person conference before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **Tuesday, November 22, 2011, at 3:30 P.M. in Courtroom 520**.

*Please Note: Counsel seeking to reschedule an appearance must have all parties on the line prior to contacting Chambers.*

SO ORDERED: *[signature]*

Hon. Lisa Margaret Smith
U.S.M.J.