## TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

*Yes — please follow those dates*

Writer's Direct Dial: (212) 702-3144
Writer's Direct Fax: (646) 417-6173
E-mail: Sinkman@thsh.com

December 1, 2011

**So Ordered.**
*Cathy Seibel*
Cathy Seibel, U.S.D.J.
Dated: 12/2/11

**VIA FEDEX**
Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Christoff v. Saturn Business Systems, et al.*, 10 Civ. 8505 (CS) (LMS)

Dear Judge Seibel:

We represent Defendants in this case. I am writing to clarify the schedule and procedure for requesting that the upcoming conference on January 6, 2012 be a pre-motion conference. This conference was previously scheduled for November 18, 2011. On June 17, 2011 Your Honor ordered that requests to make that conference a pre-motion conference be made by letter on or before November 4, 2011—two weeks before the conference—and that any opposition be made by November 11, 2011.

If the parties follow the same procedure for the upcoming conference on January 6, they will be required to submit letter requests for a pre-motion conference by December 23, 2011, which is prior to the deadline for the completion of discovery, which is December 31, 2011. Accordingly, Defendants respectfully request clarification regarding when requests for a pre-motion conference are due.

Thank you.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/11

Sincerely,

Matthew J. Sinkman

cc: Stephanie Christoff (via FedEx)