Date: January 3, 2012

To: Judge Smith, Judge Seibel, Mr. Andrew Singer @ Tannenbaum et. al.

From: Stephanie Christoff                10 CIV. 8505 (CS)

Subject: Request to Reschedule January 6, 2012 Meetings & Deposition Due to Illness

CC: Marty Feldman-Court Reporter

I have been ill since December 25, 2011. On December 30, 2011, I did seek the attention of an Urgent Care facility. As a result of my illness, I will be unable to attend scheduled meetings with both Judge Smith and Judge Seibel nor will I be able to facilitate a deposition on January 6, 2012.

A doctor's note is included for your records. I would like to request a reschedule date after January 20, 2012, so that my body can fully recover. I am currently on antibiotics.

Sincerely,

Stephanie Christoff

1/6/12 conference adjourned to January 23, 2012 @ 2:30pm.

So Ordered.

Cathy Seibel, U.S.D.J.

Dated: 1/3/12