Date:      12/20/2011

To:        Judge Smith

From:      Stephanie Christoff

Subject:   Jackson Lewis failed to Show Up on 12/29/2011 per
           Subpoena to deliver documentation

CC:        Andrew Singer, Attorney Tannenbaum et al.
           Kevin Lauri, Attorney at Jackson Lewis on behalf of IBM

Judge Smith,
Thank you for your time yesterday. I have several issues in moving this case forward that I would like to address with you.

1.) Please advise on the status of my request to add IBM to the lawsuit

2.) Jackson Lewis, Attorney at Law on behalf of IBM failed to produce evidence per my subpoena on 12/19/2011. According to the Pro Se Manuel, it states a a fine can be issued.

Sincerely,

Stephanie Christoff

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Stephanie Christoff | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 7:10 Civ. 8505 (CS)(LMS) |
| Saturn Business Systems et al | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: White Plains Courthouse 300 Quarropas Rd, White Plains, NY 10601 | Date and Time: September 19, 2011 @ 12:00 pm |
|---|---|

The deposition will be recorded by this method: Court reporter

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
- Written responses to Discovery - IBM section
- written responses to Affidavit to Bob Alfieri
- Data from 11/07/2011 Letter to Jackson Lewis
- Data from 10/31/2011 Letter to Jackson Lewis

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 12/06/2011

CLERK OF COURT

_____   OR   _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Stephanie Christoff
P.O. Box 8356 White Plains, NY 10601, who issues or requests this subpoena, are:
StephanieChristoff@yahoo.com
Cell Phone: 914-471-2799