Date: 12/23/2011

To: Judge Smith

From: Stephanie Christoff

Subject: 7:10 c.v. 8505

CC: Judge Seibel

Mr. Andrew Singer et. al Tannenbaum

In response to Mr. Singer's 12/22/2011 memo to Judge Seibel, evidence obtained from the deposition on 12/19/2011 of Lou Siegel & George Pappas clearly demonstrates perjury under oath. Not only is my case valid, I would like to increase the punitive charges based on the evidence that I continue to gather. Please don't let defendants make the decision on behalf. They violated my rights and the law.

I am waiting for the hard copy of the deposition in writing, so I may proceed with my law suit. The attached email is what I expect Saturn Business Systems to provide me by next week.

Sincerely,

Stephanie Christoff

(914)-471-2799

Print

12/23/11 5:41

**Subject:** Re: Today's Deposition-Request for Additional Information
**From:** Stephanie Christoff (stephaniechristoff@yahoo.com)
**To:** Singer@thsh.com; Sinkman@thsh.com;
**Date:** Tuesday, December 20, 2011 7:04 AM

I will be out of town working on this case. Hence, when you are ready to send this documentation to me within three business days as stated by Judge Smith per her rules.

Please contact me via cell phone and/or email, so that I can provide you with my address, if it is during the holiday season.

Sincerely,
Stephanie Christoff

---

**From:** Stephanie Christoff <stephaniechristoff@yahoo.com>
**To:** "Singer@thsh.com" <Singer@thsh.com>; Matthew Sinkman <Sinkman@thsh.com>
**Sent:** Monday, December 19, 2011 10:20 PM
**Subject:** Today's Deposition-Request for Additional Information

*Bank Statement proof showing when monies were received from Lockheed Martin to Saturn Business Systems for close of business December 2009
*Pro Forma Accounting Statements of Saturn Business Systems for 2005, 2006, 2007, 2008, 2009, 2010, 2011
*Email showing what George Pappas shows as being insubordinate, specific to today's deposition with respect to Ms. Christoff's employment.
*A copy of Lou Siegel's contract
*George Pappas' W2 Tax forms for 2005, 2006, 2007, 2008, 2009, 2010, 2011 and employment contract specific with his job description.

Stephanie Christoff
(914)-471-2799

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Christoff, Plaintiff

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

7:10  Civ. 8505   (C ) (S )

- against -

Saturn Business Systems, George Pappas, Lou Siegel & Alan Krieger
et al.

**AFFIRMATION OF SERVICE**

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

I, Stephanie Christoff, declare under penalty of perjury that I have
_(name)_

served a copy of the attached Memo In Response to 12/22/2011 with emails
_(document you are serving)_

upon Judge Seibel                                    whose address is 300 Quarropas St.
_(name of person served)_

White Plains, NY 10601
_(where you served document)_

by Fax – (914)- 390-4180
_(how you served document: For example - personal delivery, mail, overnight express, etc.)_

Dated:  Dearborn     , MI
        _(town/city)_   _(state)_

        December  23 , 2011
        _(month)   (day) (year)_

Signature: [signed Stephanie Christoff]

Address: 23400 Michigan Ave Suite 145

City, State: Dearborn, MI

Zip Code: 48124

Telephone Number: 914-471-2799

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Christoff, Plaintiff
_____

_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

Saturn Business Systems, George Pappas, Lou Siegel & Alan Krieger
et al.
_____

_____

_____
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

7:10 Civ. 8505 ( CS )( )

**AFFIRMATION OF SERVICE**

I, Stephanie Christoff, declare under penalty of perjury that I have
(name)

served a copy of the attached Memo In Response to 12/22/2011 with emails
(document you are serving)

upon Andrew Singer                                       whose address is Tannenbaum et. al
(name of person served)

900 Third Avenue, New York, NY 10022-4775
(where you served document)

by Fax - 212-371-1084
(how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: Dearborn, MI
       (town/city)  (state)

       December  23  2011
       (month)  (day)  (year)

Signature: Stephanie Christoff

Address: 23400 Michigan Ave, Ste 145

City, State: Dearborn, MI 48124

Zip Code
914-471-2799
Telephone Number

Rev. 05/2010



FedEx Kinko's is now FedEx Office

# Fax Cover Sheet

Date 12/23/2011

Number of pages 8 (including cover page)

To:
Name Judge Smith
Company
Telephone
Fax (914)-390-4180

From:
Name Stephanie Christoff
Company Plaintiff
Telephone 914-471-2799

Comments Correspondence between IBM's Attorney of Jackson Lewis & Plaintiff re: Subpoena for Case Number 7:10-8505 (C)(S)


Fax - Local Send


Fax - Domestic Send


Fax - International Send

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2009 FedEx. All rights reserved. Products, services and hours vary by location. 610 OP00.002 SEP09

22705

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Christoff, Plaintiff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Saturn Business Systems, Alan Krieger, Lou Siegel, George Birx

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

7:10 Civ. 8505 (CS)(S)

**AFFIRMATION OF SERVICE**

I, Stephanie Christoff
*(name)*, declare under penalty of perjury that I have served a copy of the attached email to Judge Seibel & Judge Smith re: Jackson Lewis Attorney's failure
*(document you are serving)*

upon Judge Smith
*(name of person served)* whose address is 300 Quarropas St., White Plains, NY 106901
*(where you served document)*

by fax
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: Dearborn, MI
*(town/city)   (state)*

December 23, 2011
*(month) (day) (year)*

Signature: [signed]
Address: 23400 Michigan Ave, Ste 145
City, State: Dearborn, MI
Zip Code: 48124
Telephone Number: (914)-471-2799

Rev. 05/2010

Print                                                                                          12/23/11 6:23 AM

**Subject:** Re: Request for Documentation per Subpoena
**From:** Stephanie Christoff (stephaniechristoff@yahoo.com)
**To:** LauriK@JacksonLewis.com;
**Date:** Friday, December 23, 2011 11:22 AM

Sir,
You were listed as their Attorneys. I certainly may. I will send this to the Judge.

---

From: "Lauri, Kevin G. (NYC)" <LauriK@JacksonLewis.com>
To: "stephaniechristoff@yahoo.com" <stephaniechristoff@yahoo.com>; "Weisbrod, Dana Glick (NYC)" <WeisbrodD@jacksonlewis.com>
Sent: Tuesday, December 20, 2011 7:29 AM
Subject: Re: Request for Documentation per Subpoena

You cannot subpoena IBM through me. If you want information from IBM subpoena it.
Kevin G. Lauri
Jackson Lewis LLP
666 Third Ave
New York NY 10017
(212) 545-4047
laurik@jacksonlewis.com

---

From: Stephanie Christoff [mailto:stephaniechristoff@yahoo.com]
Sent: Tuesday, December 20, 2011 07:16 AM
To: Lauri, Kevin G. (NYC); Weisbrod, Dana Glick (NYC)
Subject: Re: Request for Documentation per Subpoena

I will list you as a no show.

---

From: Stephanie Christoff <stephaniechristoff@yahoo.com>
To: "laurik@jacksonlewis.com" <laurik@jacksonlewis.com>; "weisbrodD@jacksonlewis.com" <weisbrodD@jacksonlewis.com>
Sent: Tuesday, December 20, 2011 6:57 AM
Subject: Request for Documentation per Subpoena

Mr. Lauri,
Please contact me via cell phone and let me know when I can expect to receive the documents per the Subpoena. I was in the Courthouse yesterday in White Plains.

Sincerely,
Stephanie Christoff

Representing management exclusively in workplace law and related litigation

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Christoff,
Plaintiff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 (C)(S)

- against -

Saturn Business Systems
George Pappas, Lou Siegel
Alan Krieger

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff, declare under penalty of perjury that I have
   *(name)*

served a copy of the attached email to Judge Seibel & Judge Smith re: Jackson Lewis Attorney's failure
   *(document you are serving)*

upon Judge Seibel _____ whose address is 300 Quarropas St.
   *(name of person served)*

White Plains, NY 10601
   *(where you served document)*

by fax
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: Dearborn, MI
   *(town/city)   (state)*

December 23, 2011
*(month) (day) (year)*

Signature: [signed] Stephanie C[hristoff]

Address: 23460 (Suite 145) Michigan Ave

City, State: Dearborn, MI

Zip Code: 48124

(914)-471-2799
*Telephone Number*

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Christoff, Plaintiff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 ( ) ( )

- against -

**AFFIRMATION OF SERVICE**

Saturn Business Systems, George Pappas, Lou Siegel & Alan Krieger
et al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff, declare under penalty of perjury that I have
*(name)*
served a copy of the attached  Emails between Kevin Lauri, IBM Attorney & Plaintiff
*(document you are serving)*

upon Andrew Singer    whose address is Tannenbaum et. al
*(name of person served)*
900 Third Avenue, New York, NY 10022-4775
*(where you served document)*

by Fax - 212-371-1084
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: Dearborn, MI
*(town/city)* *(state)*

December 23, 2011
*(month)* *(day)* *(year)*

Signature: Stephanie Christoff

Address: 23400 Michigan Ave, Ste 145

City, State: Dearborn, MI 48124

Zip Code

914-471-2799
Telephone Number

Rev. 01/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Stephanie Christoff,_
_Plaintiff_

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

7:10 Civ. 8505 (CS)

- against -

_Saturn Business Systems,_
_George Peppas, Lou Siegel,_
_Alan Kregel_

**AFFIRMATION OF SERVICE**

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, Stephanie Christoff, declare under penalty of perjury that I have
   (name)

served a copy of the attached  email to Judge Seibel & Judge Smith re: Jackson Lewis Attorney's failure
                               (document you are serving)

upon  Kevin Lauri                          whose address is Jackson Lewis LLP
      (name of person served)

666 Third Ave, New York, NY 10017
                        (where you served document)

by  fax
    (how you served documents: For example - personal delivery, mail, overnight express, etc.)

Dated:  Dearborn        , MI
        (town/city)      (state)

        December   23  , 2011
        (month)   (day) (year)

Signature: [signed Stephanie Christoff]

Address: 23400 Michigan Ave, Suite K6

City, State: Dearborn, MI

Zip Code: 48124

(914)-471-2799
Telephone Number

Rev. 05/2010

```
*************************
***  ERROR TX REPORT  ***
*************************

TX FUNCTION WAS NOT COMPLETED

TX/RX NO              2168
RECIPIENT ADDRESS     12129723213
DESTINATION ID
ST. TIME              12/23 13:10
TIME USE              00'43
PAGES SENT            0
RESULT                NG        #0018 BUSY/NO SIGNAL
```

# FedEx Office
FedEx Kinko's is now FedEx Office

# Fax Cover Sheet

Date __12/23/2011__

Number of pages __7__ (including cover page)

## To:
Name __Kevin Lauri__
Company __Jackson Lewis__
Telephone _____
Fax __212-972-3213__

## From:
Name __Stephanie Christoff__
Company _____
Telephone __914-471-2799__

Comments __Email dialogue re: Jackson Lewis Attorney for IBM & Plaintiff Subpoena. Case No: 7:10 cv 8505(C)(S)__

Fax - Local Send
fedex.com 1.800.GoFedEx 1.800.463.3339

Fax - Domestic Send

Fax - International Send

**FedEx Office.**

FedEx Kinko's is now FedEx Office

# Fax Cover Sheet

Date 12/23/2011

Number of pages _____ (including cover page)

To:

Name Judge Smith

Company _____

Telephone (914)-390-4180

Fax _____

Comments _____

From:

Name Stephanie Christoff

Company _____

Telephone 914-471-2799

Fax - Local Send     Fax - Domestic Send     Fax - International Send

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2009 FedEx All rights reserved. Products, services and hours vary by location 610 OP00 099 SEP99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Christoff, Plaintiff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 ( ) ( )

- against -

**AFFIRMATION OF SERVICE**

Saturn Business Systems, George Pappas, Lou Siegel & Alan Krieger
et al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff
 *(name)*
, declare under penalty of perjury that I have

served a copy of the attached Memo in Response to 12/22/2011 with emails
 *(document you are serving)*

upon Judge Smith               whose address is 300 Quarropas St.
 *(name of person served)*

White Plains, NY 10601
 *(where you served document)*

by Fax - 914-390-4180
 *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: Dearborn, MI
 *(town/city)* *(state)*

December 23, 2011
 *(month) (day) (year)*

Signature: Stephanie Christoff

Address: 23400 Michigan Ave, Ste 145

City, State: Dearborn, MI

Zip Code: 48124

Telephone Number: 914-471-2799

Rev 05/2010