UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
CHRISTOFF                                    :      10 CV 8505 (CS)(LMS)
                                             :
                        Plaintiff(s),        :      MEDIATION REFERRAL
                                             :      ORDER FOR PRO SE
          v.                                 :      EMPLOYMENT
                                             :      DISCRIMINATION CASES
PAPPAS ET AL.           Defendant(s).        :
                                             :
------------------------------------------------------------X
```

LISA MARGARET SMITH        , United States District Judge/Magistrate Judge:

　　　IT IS ORDERED that this *pro se* case is referred for mediation to the Court's

Alternative Dispute Resolution program of mediation.  Local Rule 83.12 shall govern the

mediation, and the parties are directed to participate in the mediation in good faith.

Unless otherwise ordered, the mediation will have no effect upon any scheduling Order

issued by this Court, and all parties are obligated to continue to litigate the case.

　　　IT IS FURTHER ORDERED that the Clerk of Court shall locate *pro bono*

counsel to represent the plaintiff at the mediation.  The time to assign a mediator under

Local Rule 83.12(f) shall be deferred until *pro bono* counsel has filed a Notice of Limited

Appearance of *Pro Bono* Counsel.  *Pro bono* counsel will represent the plaintiff solely

for purposes of the mediation, and that representation will terminate at the conclusion of

the mediation process.

　　　IT IS FURTHER ORDERED that any objection by the plaintiff to either the

mediation or to the appointment of *pro bono* counsel to represent the plaintiff in the

mediation must be filed within 14 days of this Order.  In the event the plaintiff files such

an objection, the referral to mediation is vacated, and this case will not proceed to

mediation.

SO ORDERED:

Dated: 1/9/12

_____

, U.S.D.J./U.S.M.J.