UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Stephanie Christoff,                  *Plaintiff*,      Plaintiff,
                                                        **NOTICE OF**
                                                        **ADJOURNMENT OF**
                                                        **CONFERENCE**
          -against-                                     10 Civ. 8505 (CS)

Saturn Business Systems et al.
                                      Defendant.
-----------------------------------------------------------------x

The conference previously scheduled by this Court for 1/23/12 at 10:00 a.m.

*is adjourned by this Court to 11:00 a.m. on the same date, 1/23/12*

at the Charles L. Brieant United States Courthouse, 300 Quarropas St., White

Plains, NY 10601, Courtroom 218.

_____
Alice F. Cama, Courtroom Deputy

Dated: White Plains, New York
       January 9, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-12
```