PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Saturn Business Systems, Alan Krieger, George Pappas, Lou Siegel
et al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/11

7:10  Civ. 8505  ( C )( S )

**AFFIRMATION OF SERVICE**

I, Stephanie Christoff, declare under penalty of perjury that I have
*(name)*

served a copy of the attached Memo requesting subpoena from Northern District of NY to Nonparty
*(document you are serving)*

upon Clerk of Northern District of NY   whose address is U.S. Courthouse &
*(name of person served)*

Federal Building, 15 Henry St, Binghamton, NY 13901-2723
*(where you served document)*

by U.S. Mail
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains, NY
*(town/city)  (state)*

December 13, 2011
*(month)  (day)  (year)*

Signature: [signed] Stephanie Christoff

30 Windsor Terrace, 3c
*Address*

White Plains, NY
*City, State*

10602
*Zip Code*

914-471-2799
*Telephone Number*

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 ( C )( S )

- against -

Saturn Business Systems, Alan Krieger, George Pappas, Lou Siegel

et al.

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff *(name)*, declare under penalty of perjury that I have served a copy of the attached Memo requesting subpoena from Northern District of NY to Nonparty *(document you are serving)* upon Andrew Singer @ Attorney, Tannenbaum et al. *(name of person served)* whose address is 900 Third Avenue New York, NY 10022-4028 *(where you served document)* by U.S. Mail *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains *(town/city)*, NY *(state)*
December *(month)*, 13 *(day)*, 2011 *(year)*

Signature

30 Windsor Terrace, 3c
*Address*

White Plains, NY
*City, State*

10602
*Zip Code*

914-471-2799
*Telephone Number*

*Rev. 05/2010*

Date:       12/13/2011

To:         Clerk, U.S. District Court, Northern District of New York

From:       Pro Se Plaintiff, Stephanie Christoff of Southern District of N.Y.
            7:10 c.v. 8505 (C)(S)

Subject:    Request to have Subpoena Issued to Nonparty that resides in
            Northern District of New York

On 12/13/2011, I, Stephanie Christoff, Pro Se Plaintiff, contacted the Clerk of the Northern District of New York via telephone at approximately 1:00 p.m. to ask how I could obtain a Subpoena with the Federal Seal from the Northern District of N.Y., so that I, Stephanie Christoff, could depose and obtain documents and written testimony to a Legal Affidavit that was sent to a nonparty, Erik Young of Lockheed Martin in Owego, NY.

The Clerk suggested that I mail this written request and that I include the priority envelope necessary for the Clerk of the Northern District of New York to mail the sealed subpoena back to my attention priority mail, next day delivery. Please honor this request, should you have questions, I can be reached via cell phone at (914)-471-2799. My mailing address is included below:

Signed the 13 day of December, 2011

                        Signature of Plaintiff    *[signature: Stephanie Christoff]*
                        Address:                  30 Windsor Terrace 3c
                                                  White Plains, NY 10601

                        Telephone Number:         914-471-2799

cc: Andrew Singer @ Tannenbaum et al, Attorney.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

LAWRENCE K. BAERMAN  
Clerk

JOHN M. DOMURAD  
Chief Deputy

DAN MCALLISTER  
Chief Deputy



U.S. COURTHOUSE  
15 Henry Street  
Binghamton, New York 13901  
(607) 773-2893

December 20, 2011

Stephanie Christoff  
30 Windsor Terrace, 3C  
White Plains, NY 10602

Ms. Christoff,

    The Court has received your request for issuance of a subpoena in the Northern District of New York.

    As your pending case resides in the Southern District of New York, that is where you must request the subpoena from. You may refer to Local Rule 45.

    I am forwarding your letter to the Southern District of New York.

Sincerely,

S. Potter  
Deputy Clerk

CC : SDNY District Court