> *I don't believe I said anything about NY being a "right to work" state. I may have said NY is an "employment at will" state, which it is. In any event, the transcript will reflect what I did or did not say. Application to reconsider denial of ~~application~~ amendment to add IBM as a defendant is denied. My review of the Complaint reveals a minimum damages claim but no maximum, so I am unclear what Plaintiff is requesting, but it can, in any event, await motions in limine before trial. There will be no conference or "meeting" before me ~~whats~~ until after mediation concludes and the summary judgment motion is ~~process~~ decided, although a conference is set for 3/16 before Judge Smith.*

Stephanie Christoff
P.O. Box 8356
White Plains, NY 10601
February 27, 2012

Honorable Judge Cathy Seibel
The Honorable Charles L. Brieant Jr.
Federal Building and U.S. Courthouse, Court Room 218
300 Quarropas St.
White Plains, NY 10601-4150
10-cv-~~8080~~ 8505

Dear Honorable Judge Cathy Seibel:

I wanted to send you a letter to correct our 1/23/2012 meeting and request a follow up meeting. This is my second request to schedule a meeting with your Honor, since 1/23/2012. I do understand that you have a heavy case load. At our meeting on 1/23/2012, according to my recollection, you stated that New York State was a "right to work state." According to http://en.wikipedia.org/wiki/Right-to-work_law, I did want to inform you that New York State is not a right to work state. I did want the 1/23/2012 minutes updated to reflect this correction. Also, I have already established in my most recent letter dated to you on February 10, 2012, that IBM violated my privacy and agency rights which resulted in Patent Fraud and Wage Discrimination. I am sending this 2nd follow up letter to my 2/10/2012 letter requesting a meeting with you to discuss and readdress A through C and the newly added items D & E.

   A. Properly identifying who the defendants are, at this time. I am hopeful that your honor will reconsider without prejudice adding IBM to the suit as well as Saturn Business Systems.
   B. Adding IBM to this lawsuit 7:10 c.v. 8505 and requesting monetary damages from IBM. We have established that the EEOC may have demonstrated prejudice during their investigation of my case, if in fact the investigator was a relative of an IBM Manager. I have established that it is entirely plausible that IBM was using their technology to monitor my business activity, while I was employed at Saturn Business Systems. This is a violation of my agency and privacy rights.
   C. Requesting an increase to monetary damages sought from Saturn Business Systems, since I have proven that Saturn Business Systems violated my rights in New York State.
   D. According to Wikepedia, New York State is not a Right to Work State. See list of states. http://en.wikipedia.org/wiki/Right-to-work_law
   E. Request to increase dollar damages sought prior to mediation to make this process a more effective use of everybody's time.

I look forward to our meeting to address my letter of 02/10/2012 and today's letter.

Sincerely,

Stephanie Christoff

cc:   Judge Smith
      Andrew Singer et. al

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2012

So Ordered.

Cathy Seibel
Cathy Seibel, U.S.D.J.

Dated: 3/5/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Christoff, Plaintiff
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Saturn Business Systems et. al.
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

7:10 Civ. 8505 ( C )( S )

**AFFIRMATION OF SERVICE**

I, Stephanie Christoff _____, declare under penalty of perjury that I have
   *(name)*

served a copy of the attached letter to Honorable Judge Seibel _____
                                    *(document you are serving)*

upon Honorable Judge Smith _____ whose address is The Honorable Charles
        *(name of person served)*

L. Brienant Jr., Federal Building and U.S. Courthouse, Court Room 520, 300 Quarropas St., White Plains, NY 10601
                              *(where you served document)*

by U.S. Mail _____
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains , NY
       *(town/city)*   *(state)*

       February   27 , 20 12
       *(month)*  *(day)* *(year)*

*Signature*

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Christoff, Plaintiff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Saturn Business Systems et. al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

7:10 Civ. 8505 ( C ) ( S )

**AFFIRMATION OF SERVICE**

I, Stephanie Christoff
*(name)*, declare under penalty of perjury that I have served a copy of the attached letter to Honorable Judge Seibel
*(document you are serving)*

upon Andrew Singer et al.
*(name of person served)* whose address is

Tannenbaum Helpern Syracuse & Hirschtritt LLP  900 Third Avenue  New York, NY 10022
*(where you served document)*

by U.S. Mail
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains, NY
*(town/city)* *(state)*

February 27, 2012
*(month)* *(day)* *(year)*

[Signature]
*Signature*

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Christoff, Plaintiff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Saturn Business Systems et. al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

7:10 Civ. 8505 ( C ) ( S )

**AFFIRMATION OF SERVICE**

I, Stephanie Christoff
   *(name)*
, declare under penalty of perjury that I have served a copy of the attached letter to Honorable Judge Seibel
   *(document you are serving)*
upon Honorable Judge Cathy Seibel whose address is The Honorable Charles L. Brienant Jr., Federal Building and U.S. Courthouse, Court Room 218, 300 Quarropas St., White Plains, NY 10601
   *(name of person served)*                                                      *(where you served document)*

by U.S. Mail
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains , NY
       *(town/city)*    *(state)*

February    27   , 20 12
*(month)*  *(day)* *(year)*

Signature

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

*Rev. 05/2010*