**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

Writer's Direct Dial: (212) 702-3144
E-mail: Sinkman@thsh.com

March 13, 2012

**VIA FEDEX**

The Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Christoff v. Saturn Business Systems, et al.*, 10 Civ. 8505 (CS) (LMS)

Dear Judge Seibel:

We represent all Defendants in this case and I write regarding the briefing schedule set by the Court for Defendants' summary judgment motion.

The deadline for Defendants to move for summary judgment is April 16th. A mediation session is scheduled for April 12th. In light of the proximity of these two dates and the significant time and expense that would be required for Defendants to draft summary judgment papers prior to the scheduled mediation session, Defendants respectfully request a thirty-day adjournment of the briefing schedule.

Although Plaintiff has indicated that she does not consent to an adjournment, Defendants believe that an adjournment is necessary in order for mediation to be fruitful.

Thank you for your consideration of this matter.

Respectfully submitted,

Matthew J. Sinkman

cc: Stephanie Christoff (via email)

---

*Handwritten annotation:* At M.J. Smith's suggestion, the previously set dates for the summary judgment motion are extended for 60 days, which I understand to be acceptable to all parties. Also at Judge Smith's suggestion, Plaintiff may identify an expert, if appropriate, after the summary judgment motion is denied.

So Ordered.

Cathy Seibel, U.S.D.J.

Dated: 3/16/12

*Stamp:* USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 3/19/2012