Stephanie Christoff
P.O. Box 8356
White Plains, NY 10602
Wednesday, April 18, 2011

```
╔════════════════════════════╗
║ USDC SDNY                  ║
║ DOCUMENT                   ║
║ ELECTRONICALLY FILED       ║
║ DOC #: _____      ║
║ DATE FILED: 4/20/12        ║
╚════════════════════════════╝
```

Honorable Judge Cathy Seibel
Federal Building and United States Courthouse, Rm 218
300 Quarropas St., White Plains, NY 10601-4150

Dear Honorable Judge Seibel:

Unfortunately, the Pros Se Clerk, Ms. Johnson was out ill the day that I requested the
Motion for a release letter from the Saturn Business Systems illegal contract.
Therefore, I did not have access to Pro Se and my request is very time sensitive. I
apologize if it was written incorrectly.

The reasons for my sense of urgency are as follows: A.) You declined to meet with me
when I requested a PreConference Meeting with you last month. B.) I need to provide
my new perspective employer with a Release Letter as soon as possible, so that I can
work  and I was hoping to receive one by end of week because it is effecting my
immediate employment and livlihood. C.) Again, I am not an attorney by profession. I
am actting in good faith and my first priority has always been to be fully employed in my
profession as an Account Manager in the Information Technology Industry.

I have attempted to interview perspective attorneys, so that I have fair representation
and it has been a time consuming and unsuccessful process. I can provide you with
records, if required. As a result of finding **New York Labor - Article 6 Payment of Wages, it
is my legal right to obtain information pertaining to my sales of IBM Product and Patents.
Therefore, adding IBM to my law suit, is not unreasonable, if I was not properly paid for
my work efforts and contributions.**

In the event, that you decide not to honor my Motion because I did NOT  have access to
legal due process to effectively deal with my unemployment , than I would ask that we
hold a Preconference Meeting to discuss the following: A.) The Motion to have New
York State Southern District Court provide a legal decision regarding the Saturn
Business Systems contract that was unfairly written.  B.) Adding IBM Corporation to my
law suit requiring that they fully disclose sales and patent concepts that I participated in
or created that I was not paid on. I would ask that Judge Seibel provide me with the
legal guidance to ensure that  I receive due process with respect to the New York Labor
Article 6 and specifically regarding the discrimination  and monies owed.

Sincerely,

Stephanie Christoff

cc: Andrew Singer, et. al.
cc: Judge Smith

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Christoff, Plaintiff
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Saturn Business Systems et. al.
_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

7:10  Civ.  8505  ( C )( S )

**AFFIRMATION OF SERVICE**

I, Stephanie Christoff _____, declare under penalty of perjury that I have
    *(name)*

served a copy of the attached Letter to describe why S. Christoff Sought Motion on 04/16/2012 Prior to Conf
                                    *(document you are serving)*

upon Judge Smith _____ whose address is The Hon. Charles L. Brie
        *(name of person served)*

Federal Building & U.S. Courthouse, Court Room 5浴, 300 Quarropas St., White Plains, NY 10601-4150
                              *(where you served document)*

by Fax  -  914·390-4180 _____
    *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:  White Plains _____, NY
            *(town/city)*        *(state)*

        April _____  18 , 2012
            *(month)*    *(day)  (year)*

_____
*Signature*

30 Windsor Terrace, 3C
_____
*Address*

White Plains, NY
_____
*City, State*

10601
_____
*Zip Code*

914-471-2799
_____
*Telephone Number*

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Christoff, Plaintiff

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Saturn Business Systems et. al.
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

7:10  Civ.  8505   ( C )( S )

**AFFIRMATION OF SERVICE**

I, Stephanie Christoff _____, declare under penalty of perjury that I have
        *(name)*

served a copy of the attached  Letter to describe why S. Christoff Sought Motion on 04/16/2012 Prior to Conf
                                         *(document you are serving)*

upon  Andrew Singer, et. al. , Tannenbaum, Helpern, Syracuse &   whose address is  Hirschtritt LLP
              *(name of person served)*

   900 Third Avenue,  New York, New York 10022
                                    *(where you served document)*

by  Fax ~ (212). 937 - 5261
       *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:   White Plains _____,  NY
              *(town/city)*          *(state)*

         April _____  18 , 20 12
              *(month)*        *(day)*  *(year)*

Signature

30 Windsor Terrace, 3C
_____
*Address*

White Plains, NY
_____
*City, State*

10601
_____
*Zip Code*

914-471-2799
_____
*Telephone Number*

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Christoff, Plaintiff

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Saturn Business Systems et. al.

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

7:10  Civ.  8505  ( C ) ( S )

**AFFIRMATION OF SERVICE**

I, Stephanie Christoff _____ , declare under penalty of perjury that I have
    *(name)*

served a copy of the attached Letter to describe why S. Christoff Sought Motion on 04/16/2012 Prior to Conf
                                *(document you are serving)*

upon Judge Seibel _____ whose address is The Hon. Charles L. Brie
        *(name of person served)*

Federal Building & U.S. Courthouse, Court Room 218, 300 Quarropas St., White Plains, NY 10601-4150
                        *(where you served document)*

by Fax − 914 −390− 4278
    *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:  White Plains ____ , NY ____
          *(town/city)*      *(state)*

        April ____ 18 , 20 12 ____
        *(month)*  *(day)* *(year)*

Signature

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

*Rev. 05/2010*