UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
STEPHANIE CHRISTOFF,                          :
                                              : No. 10 Civ. 8505 (CS) (LMS)
                Plaintiff,             :
                                              :
        - against -                          : **NOTICE OF MOTION FOR**
                                              : **SUMMARY JUDGMENT**
SATURN BUSINESS SYSTEMS *et al.*,             :
                                              :
                Defendants.            :
------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that upon the pleadings, the Memorandum of Law in Support of this Motion, the Affidavit of Alan Krieger, sworn to on June 11, 2012 and submitted in support of this Motion, the Exhibits attached thereto, the Local Rule 56.1 Statement of Material Facts, and the Local Rule 56.2 Notice to Pro Se Litigant Who Opposes a Summary Judgment, together with the text of Local Rule 56.1 and Rule 56 of the Federal Rules of Civil Procedure, Defendants Saturn Business Systems, Alan Krieger, George Pappas, and Lou Siegel (collectively, "Defendants") will move this Court on the date set by the Court upon the completion of the exchange of briefing on this Motion, before the Honorable Cathy Seibel, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, 10601, for an Order granting Defendants' Motion for Summary Judgment as to all of Plaintiff's claims pursuant to Rule 56 of the Federal Rules of Civil Procedure, on the ground that there is no genuine issue as to any material facts and that Defendants are entitled to judgment as a matter of law, and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       June 14, 2012                    TANNENBAUM HELPERN SYRACUSE
                                                                                                                                                                                                                                                                                                                                                                                                                           & HIRSCHTRITT LLP

                                               By:    /S/ Andrew W. Singer
                                                                         Andrew W. Singer
                                                                         Matthew J. Sinkman
                                                                         *Attorneys for the Defendants*
                                                                         900 Third Avenue
                                                                         New York, New York
                                                                         (212) 508-6700
                                                                         Singer@thsh.com

To: Stephanie Christoff (via FedEx)