# Exhibit B



SATURN BUSINESS SYSTEMS, INC.

April 18, 2005

Dear Stephanie:

I am pleased to offer you the position of Account Representative at Saturn Business Systems.

In this capacity, you will be responsible for obtaining accounts in the New York Tri-State area while reporting to me, George Pappas, as I will be your Sales Manager.

Your compensation plan is outlined in the enclosed document. Please review the document and return it signed, to me, at your earliest convenience.

We look forward to a long and mutually rewarding career. You can be assured of my total commitment in assisting you and ensuring your success.

Sincerely,

George Pappas
Sales Manager

Page 2 of 3

## COMPENSATION PLAN

Salary   $55,000 per year
Salaries are paid bi-weekly

## COMMISSIONS

Commissions will be paid on payment of invoice(s), bi-weekly, during regular payroll.

Commissions will be paid on the gross profit of the sale. Gross profit is defined as the selling price less cost of goods and services sold.

Commission rate is 25% of the Gross Profit.

## NON-COMPETE AGREEMENT

Employee recognizes that the various items of information are special and unique assets of the company and need to be protected from improper disclosure. In consideration of the disclosure of the information to employee: Employee aggress and covenants that 5 accounts, to be named by Saturn Business Systems, that have been opened and made active, during employment period with Saturn Business Systems, will remain the property of said company and will not be called on, sold to, or engaged after voluntary or involuntary termination of the employment contract results by the employee prior to start date of the Employment Contract. Employee will submit a list of named accounts that are deemed exempt from the list of accounts from which Saturn Business Systems will be allowed to prohibit sales efforts/activity

Benefits including Medical, vacation, 401K plan etc will be outlined in another letter.

This plan will be in effect for one (1) year from the date of acceptance. There are no other agreements, either written or verbal, regarding the compensation plan. This plan will automatically be renewed at the end of the period, unless written notification is given thirty (30) days prior to the expiration date.


Accepted: _____     Date: _____
              Stephanie Christoff



**SATURN BUSINESS SYSTEMS, INC.**

May 22, 2006

Dear Joe:

I am pleased to offer you the position of Account Representative at Saturn Business Systems.

In this capacity, you will be responsible for obtaining accounts in the New York Metro Area while reporting to me, George Pappas, as I will be your Sales Manager.

Your compensation plan is outlined in the enclosed document. Please review the document and return it signed, to me, at your earliest convenience.

We look forward to a long and mutually rewarding career. You can be assured of my total commitment in assisting you and ensuring your success.

Sincerely,

George Pappas
Sales Manager

## COMPENSATION PLAN

Salary   $50,000 per year
Salaries are paid bi-weekly

### COMMISSIONS

Commissions are paid approximately 2 weeks after payment of invoices by your customer, during the normal payroll cycle.

Commissions will be paid on the gross profit of the sale. Gross profit is defined as the selling price less cost of goods and services sold.

Our commission plan is a flat rate of 25% of the gross profit.

### NON-COMPETE AGREEMENT

Employee recognizes that the various items of information are special and unique assets of the company and need to be protected from improper disclosure. In consideration of the disclosure of the information to employee: Employee agrees and covenants that 5 accounts, to be named by Saturn Business Systems, that have been opened and made active, during employment period with Saturn Business Systems, will remain the property of said company and will not be called on, sold to, or engaged after voluntary or involuntary termination of the employment contract results by the employee prior to start date of the Employment Contract. Employee will submit a list of named accounts that are deemed exempt from the list of accounts from which Saturn Business Systems will be allowed to prohibit sales efforts/activity

Benefits including Medical, vacation, 401K plan etc will be outlined in another letter.

Page 3 of 3

This plan will be in effect for one (1) year from the date of acceptance. There are no other agreements, either written or verbal, regarding the compensation plan. This plan will automatically be renewed at the end of the period, unless written notification is given thirty (30) days prior to the expiration date.

Accepted: _____    Date: 5-22-06
Joseph DeBlasio



**SATURN BUSINESS SYSTEMS, INC.**

October 29, 2010

Dear Jonathan:

I am pleased to offer you the position of Account Representative at Saturn Business Systems.

In this capacity, you will be responsible for obtaining accounts in the New York Metro Territory, without limitation to that geography, while reporting to me, George Pappas, as I will be your Sales Manager. Our sales expectation for all Account Representatives is to obtain a minimum of $400,000 annually in gross profit.

Your compensation plan is outlined in the enclosed document. Please review the document and return it signed, to me, at your earliest convenience.

We look forward to a long and mutually rewarding career. You can be assured of my total commitment in assisting you and ensuring your success.

Sincerely,

George Pappas
Regional Sales Manager

SBS00020
Page 1 of 3

## COMPENSATION PLAN

Salary   $50,000 per year
Salaries are paid bi-weekly

## COMMISSIONS

Commissions will be paid on payment of invoice during the normal payroll cycle.

Commissions will be paid on the gross profit of the sale. Gross profit is defined as the selling price less cost of goods and services sold.

Your commission rate is a Flat Commission rate of 25% on Gross Profit.

## NON-COMPETE AGREEMENT

Prior to employment with Saturn, candidate will submit a list of up to 10 accounts that will be exempt from the below mentioned non-compete agreement. Those accounts should be companies where there are active relationships and activity in place.

Employee recognizes that the various items of information are special and unique assets of the company and need to be protected from improper disclosure. In consideration of the disclosure of the information to employee: Employee aggress and covenants that 5 accounts, to be named by Saturn Business Systems, that have been opened and made active, during employment period with Saturn Business Systems, will remain the property of said company and will not be called on, sold to, or engaged after voluntary or involuntary termination of the employment contract results by the employee prior to start date of the Employment Contract. Employee will submit a list of named accounts that are deemed exempt from the list of accounts from which Saturn Business Systems will be allowed to prohibit sales efforts/activity.

Benefits including Medical, vacation, 401K plan etc will be outlined in another letter.

Page 3 of 3

This plan will be in effect for one (1) year from the date of acceptance. There are no other agreements, either written or verbal, regarding the compensation plan. This plan will automatically be renewed at the end of the period, unless written notification is given thirty (30) days prior to the expiration date.

Accepted: _____   Date: _____
                Jonathan Failla





December 10, 2003

Robert J Germscheid
25 Nancy Drive
Havertown, PA 19083

Dear Mr. Germscheid:

I am pleased to offer you the position of Account Representative at
Saturn Business Systems Inc, effective date January 5, 2004.

In this capacity, you will be responsible for obtaining accounts in the PA/NJ territory
while reporting directly to the Regional Sales Manager. The primary focus will be to
secure placement of IBM servers, storage, software and services revenue. Any associated
products will be included in the calculation of your commission once an invoice has been
paid. I will expect you to represent yourself and this company in a professional and
responsible manner.

I have no doubts that you will meet our expectations. You have indicated that we can
expect within the first 3 months of employment a revenue attainment of approximately
750,000.

Your compensation plan is outlined in the enclosed document. Please review the
document and return it signed, to me, at your earliest convenience.

We look forward to a mutually rewarding career. You can be assured of my total
commitment in assisting you and ensuring your success.

Sincerely,

Alan D. Krieger
President

SBS00819
Page 1 of 2

## COMPENSATION PLAN

Salary                    $55,000 per year        Salaries are paid bi-weekly.

**Please note you will be eligible for health insurance on the 90th day of employment.**

## COMMISSIONS

Commissions will be paid on payment of invoice, approximately twenty (20) days after the close each biweekly commission cycle in which the invoice was paid.

Commissions will be paid at a rate of 25% on the gross profit of the sale. Gross profit is defined as the selling price less cost of goods and services sold.

## NON-COMPETE AGREEMENT

Employee recognizes that the various items of information are special and unique assets of the company and need to be protected from improper disclosure. In consideration of the disclosure of the information to employee: Employee agrees and covenants that 5 accounts, to be named by Saturn Business Systems, that have been opened and made active, during employment period with Saturn Business Systems, will remain the property of said company and will not be called on, sold to, or engaged after voluntary or involuntary termination of employment. Employee will submit a list of named accounts that are deemed exempt from the list of accounts from which Saturn Business Systems will be allowed to prohibit sales efforts/activity


This plan will be in effect for one (1) year from the date of acceptance. There are no other agreements, either written or verbal, regarding the compensation plan. This plan will automatically be renewed at the end of the period, unless written notification is given thirty (30) days prior to the expiration date.

Accepted: _____   Date: _____
          Robert J. Germscheid



SATURN BUSINESS SYSTEMS, INC.

September 6, 2007

Dear Bill:

I am pleased to offer you the position of Account Representative at Saturn Business
Systems.

In this capacity, you will be responsible for obtaining accounts in the Pittsburgh Tri-State
Area while reporting to me, George Pappas, as I will be your Sales Manager.

Your compensation plan is outlined in the enclosed document. Please review the
document and return it signed, to me, at your earliest convenience.

We look forward to a long and mutually rewarding career. You can be assured of my total
commitment in assisting you and ensuring your success.

Sincerely,


George Pappas
Regional Sales Manager




*Page 1*


COMPENSATION PLAN

SBS00802

Salary   $55,000 per year
Salaries are paid every 2 weeks

## COMMISSIONS

Commissions will be paid on payment of invoice, during your typical payroll cycle.

Commissions will be paid on the gross profit of the sale. Gross profit is defined as the selling price less cost of goods and services sold.

Your commission rate will be 25% of the gross profit.

## NON-COMPETE AGREEMENT

Employee recognizes that the various items of information are special and unique assets of the company and need to be protected from improper disclosure. In consideration of the disclosure of the information to employee: Employee aggress and covenants that 5 accounts, to be named by Saturn Business Systems, that have been opened and made active, during employment period with Saturn Business Systems, will remain the property of said company and will not be called on, sold to, or engaged after voluntary or involuntary termination of the employment contract results by the employee prior to start date of the Employment Contract. Employee will submit a list of named accounts that are deemed exempt from the list of accounts from which Saturn Business Systems will be allowed to prohibit sales efforts/activity. These accounts, traditionally, are accounts where an existing relationship is in place prior to employment with Saturn Business Systems.

Benefits including Medical, vacation, 401K plan etc will be outlined in another letter.

This plan will be in effect for one (1) year from the date of acceptance. There are no other agreements, either written or verbal, regarding the compensation plan. This plan will automatically be renewed at the end of the period, unless written notification is given thirty (30) days prior to the expiration date.

Accepted: _____    Date: _9-7-07_
　　　　　Bill McCabe

*Page 2*



SATURN BUSINESS SYSTEMS, INC.

September 22, 2006

Dear Bob:

I am pleased to offer you the position of Account Representative at Saturn Business Systems.

In this capacity, you will be responsible for obtaining accounts in the New York Metro Area while reporting to me, George Pappas, as I will be your Sales Manager.

Your compensation plan is outlined in the enclosed document. Please review the document and return it signed, to me, at your earliest convenience.

We look forward to a long and mutually rewarding career. You can be assured of my total commitment in assisting you and ensuring your success.

Sincerely,


George Pappas
Sales Manager

<u>COMPENSATION PLAN</u>

Salary   $55,000 per year
Salaries are paid every 2 weeks

### COMMISSIONS

Commissions are paid approximately 2 weeks after payment of invoices by your customer, during the normal payroll cycle.

Commissions will be paid on the gross profit of the sale. Gross profit is defined as the selling price less cost of goods and services sold.

Our commission plan is a flat rate of 25% of the gross profit.

### NON-COMPETE AGREEMENT

Employee recognizes that the various items of information are special and unique assets of the company and need to be protected from improper disclosure. In consideration of the disclosure of the information to employee: Employee agrees and covenants that 5 accounts, to be named by Saturn Business Systems, that have been opened and made active, during employment period with Saturn Business Systems, will remain the property of said company and will not be called on, sold to, or engaged after voluntary or involuntary termination of the employment contract results by the employee prior to start date of the Employment Contract. Employee will submit a list of named accounts that are deemed exempt from the list of accounts from which Saturn Business Systems will be allowed to prohibit sales efforts/activity

Benefits including Medical, vacation, 401K plan etc will be outlined in another letter.

This plan will be in effect for one (1) year from the date of acceptance. There are no other agreements, either written or verbal, regarding the compensation plan. This plan will automatically be renewed at the end of the period, unless written notification is given thirty (30) days prior to the expiration date.

Accepted: _____ Date: ___9-22-2006___
Robert Keiser

Exhibit C

**From:** Stephanie Christoff
**Sent:** Monday, August 24, 2009 2:12 PM
**To:** George Pappas
**Subject:** RE: YTD Profit
Understood. Thanks for the feedback!

Steph Christoff
Saturn Business Systems
200 White Plains Road
Tarrytown, NY 10591
Phone:  914-524-7001 X228
Fax:     914-524-5040
Cell    :  914-471-2799
email:  schristoff@saturnb2b.com
*This electronic transmission by Stephanie Christoff of Saturn Business Systems may contain information that is confidential,
legally privileged, exempt from disclosure under applicable law, or constitute non-public information. If you are not the
intended recipient of this transmission, any dissemination, disclosure, copying, distribution, reproduction, or use of this
message or the contents of this information is prohibited and may be unlawful. If you have received this transmission in
error, please reply to this message immediately by informing the sender that the message was misdirected. After replying,
please permanently delete this transmission from your computer system.*

---

**From:** George Pappas [mailto:gpappas@saturnb2b.com]
**Sent:** Monday, August 24, 2009 2:07 PM
**To:** Stephanie Christoff
**Subject:** RE: YTD Profit

Good news about the Cisco Switch.

YTD you are at approximately $75k in total GP. That is inclusive of last weeks System P order. That is way off
from last years number of about $200k or the company goal of $400k in GP annually. Hopefully Lockheed picks
up steam in Q4.

Thanks,

George Pappas
Regional Sales Manager
Saturn Business Systems
Tele: 914-524-7001 #231
Cell: 646-483-3310
GPappas@Saturnb2b.com
www.Saturnb2b.com

---

**From:** Stephanie Christoff
**Sent:** Monday, August 24, 2009 11:56 AM
**To:** George Pappas
**Subject:** YTD Profit

George,
I know you are busy. (I am still feeling under the weather, just so you know. But working in the office) LM had
layoffs at two other facilities in the last two weeks. Cheryl is on vacation until Sept 9.

There should a Cisco switch coming and I am checking on the IGS deal.

Quick question: With the P-Series transaction that just took place, any idea on ytd profit?

Steph Christoff
Saturn Business Systems
200 White Plains Road
Tarrytown, NY 10591
Phone: 914-524-7001 X228
Fax:     914-524-5040
Cell    : 914-471-2799
email:   schristoff@saturnb2b.com

*This electronic transmission by Stephanie Christoff of Saturn Business Systems may contain information that is confidential, legally privileged, exempt from disclosure under applicable law, or constitute non-public information. If you are not the intended recipient of this transmission, any dissemination, disclosure, copying, distribution, reproduction, or use of this message or the contents of this information is prohibited and may be unlawful. If you have received this transmission in error, please reply to this message immediately by informing the sender that the message was misdirected. After replying, please permanently delete this transmission from your computer system.*

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.392 / Virus Database: 270.13.65/2323 - Release Date: 08/24/09 06:05:00

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.392 / Virus Database: 270.13.65/2323 - Release Date: 08/24/09 06:05:00

SBS00597

**From:** George Pappas
**Sent:** Wednesday, February 04, 2009 1:06 PM
**To:** Stephanie Christoff
**Subject:** 2008 numbers
Steph,

Here is the tally for 2008. See attachment. GP total for year was just shy of $200k. A bit off from last year and far below the $400k level we want all sales to achieve. You need to open up some new doors within Lockheed or in brand new accounts. You should be cold calling constantly to do that. In particular now with the XIV story.

To the right of the invoices I included the Q4 GP totals that would reference the Bonus we had in place. Your Q4 numbers were about $85k in GP so you missed the $100k total by $15k.

Any questions let me know.

Thanks,

George Pappas
Regional Sales Manager
Saturn Business Systems
Tele: 914-524-7001 #231
Cell: 646-483-3310
GPappas@Saturnb2b.com
www.Saturnb2b.com

SBS00619