## AFFIDAVIT OF SERVICE BY FEDEX

**Matthew J. Sinkman,** an attorney admitted to practice law in the State of New York, affirms as follows under penalties of perjury:

I am not a party to this action, am over eighteen years of age, and reside in New York County, New York. On June 14, 2012, I served via FedEx true and correct copies of the following:

- Defendants' Notice of Motion for Summary Judgment, dated June 14, 2012;

- Defendants' Memorandum of Law in Support of their Motion for Summary Judgment, dated June 14, 2012;

- Defendants' Local Civil Rule 56.1 Statement of Material Facts, dated June 14, 2012;

- Affidavit of Alan Krieger, sworn to on June 11, 2012 and submitted in support of Defendants' Motion for Summary Judgment; and

- Defendants' Local Civil Rule 56.2 Notice to *Pro Se* Litigant Who Opposes a Motion for Summary Judgment, together with the text of Local Civil Rule 56.1 and Federal Rule of Civil Procedure 56

for delivery to:

Stephanie Christoff
Plaintiff *Pro Se*
30 Windsor Terrace
White Plains, NY 10605

Dated: June 14, 2012
      New York, NY

_____
Matthew J. Sinkman

Subscribed to and sworn
before me this 14th day of
June 2012

_____
Notary Public

GAIL BURWA
Notary Public, State of New York
No. 01BU6002356
Qualified in New York County
Commission Expires February 2, 2014