UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STEPHANIE CHRISTOFF,                                :
                                                    :  No. 10 Civ. 8505 (CS) (LMS)
                     Plaintiff,                     :
                                                    :  **AFFIDAVIT OF**
          - against -                               :  **ALAN KRIEGER**
                                                    :
SATURN BUSINESS SYSTEMS *et al.*,                   :
                                                    :
                     Defendants.                    :
------------------------------------------------------------------x

# PART 2 OF 5