UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STEPHANIE CHRISTOFF,                          :
                                              :  No. 10 Civ. 8505 (CS) (LMS)
                        Plaintiff,            :
                                              :  **AFFIDAVIT OF**
            - against -                       :  **ALAN KRIEGER**
                                              :
SATURN BUSINESS SYSTEMS *et al.*,             :
                                              :
                        Defendants.           :
------------------------------------------------------------------x

# PART 4 OF 5