UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STEPHANIE CHRISTOFF,

                Plaintiff,

            - against -

SATURN BUSINESS SYSTEMS *et al.*,

                Defendants.
------------------------------------------------------------------x

No. 10 Civ. 8505 (CS) (LMS)

**AFFIDAVIT OF ALAN KRIEGER**

# PART 5 OF 5