# TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

Writer's Direct Dial: (212) 702-3144
E-mail: Sinkman@thsh.com

July 9, 2012

**VIA FEDEX**
Honorable Cathy Seibel
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Christoff v. Saturn Business Systems, et al.*, 10 Civ. 8505 (CS) (LMS)

Dear Judge Seibel:

We represent all Defendants. Defendants filed their Motion for Summary Judgment ("Defendants' Motion") on June 14, to which any opposition by Plaintiff is due by July 17th. We recently received Plaintiff's opposition papers, which purport to be a motion for summary judgment ("Plaintiff's Motion"). Plaintiff has not requested a pre-motion conference, however, as is required under Your Honor's Individual Practices. Plaintiff also has not served or filed a Local Rule 56.1 Statement of Facts. Defendants accordingly request that the Court reject Plaintiff's Motion and consider Plaintiff's papers as opposition to Defendants' Motion.

If the Court decides to consider Plaintiff's Motion as a cross-motion for summary judgment, Defendants request additional time to file their opposition papers. Currently, the deadline for Defendants to file reply papers on their Motion for Summary Judgment is July 31st.

Thank you.

Respectfully,

Matthew J. Sinkman

cc: Stephanie Christoff (via email)
stephaniechristoff@yahoo.com

---

**Handwritten annotations by Judge:**

Plaintiff is advised:

(1) As explained in Doc. 70 (Notice to Pro Se Litigants), any facts she submits must be in sworn (affidavit) form. Statements made only in a memorandum of law do not count.

(2) Under Local Rule 56.1, Plaintiff must individually address each statement in Defendants' 56.1 statement. This must be done in a separate 56.1 response document. If this is not done, Defendants' statement may be deemed admitted.

(3) If Plaintiff wishes to move for summary judgment, she as moving party must submit a Local Rule 56.1 Statement. Plaintiff may have until 7/23/12 to submit her Local Rule 56.1 Statements. Defendants may have until 8/23/12 for their reply on their motion and opposition to Plaintiff's motion. Plaintiff may have until 9/7/12 for her reply on her cross-motion.

So Ordered. Cathy Seibel USDJ
7/10/12