Stephanie Christoff
P.O. Box 8356
White Plains, NY 10602-8356
July 12, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

Honorable Judge Cathy Seibel
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    Christoff v. Saturn Business Systems et. al. 10 Civ. 8505 (CS)(LMS)

Dear Judge Seibel:

I am writing to you in response to the July 9, 2012 letter from Matthew J. Sinkman, Tannenbaum Helpern Syracuse & Hirschtritt LLP. It is my legal right as Pro Se Plaintiff to make a Summary Judgement as a Matter of Law in response. I have been denied two Preconference Meetings thus far and Saturn Business Systems and IBM are clearly in violation of my rights. FRAUD is involved, therefore, this is also a criminal case. IBM is also FRAUDULENT.

I expect Judge Seibel to administer the law. I was short paid and harrassed on the job and I would like to schedule a preconference meeting requesting that Alan Krieger, George Pappas and Lou Siegel be arrested to include bail with the amount to exceed monies to owed to me. I would also like Tannenbaum fined for continuing to deny the facts.

May justice be served.

Sincerely,

*[signature]*
Stephanie Christoff

CC: Tannenbaum Et Al
CC  Judge Smith
CC: IBM Legal
CC: Kevin Louri

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephenie Christoff
Plaintiff
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 (C)(S)

- against -

Saturn Business Systems
et Al.
_____

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephenie Christoff declare under penalty of perjury that I have
*(name)*

served a copy of the attached  Letter to Judge Seibel
*(document you are serving)*

upon  Judge Seibel  whose address is  300
*(name of person served)*

Quarropas St, White Plains, NY 10601
*(where you served document)*

by  MAIL
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains, NY
*(town/city)* *(state)*

July 12, 2012
*(month)* *(day)* *(year)*

Signature

30 Windsor Terrace, 3C
Address

White Plains, NY
City, State

10602
Zip Code

914-471-2799
Telephone Number

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Christoff,
Plaintiff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 (C)(S)

- against -

Saturn Business Systems
et. al

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff, declare under penalty of perjury that I have
*(name)*

served a copy of the attached  Letter to Judge Seibel
*(document you are serving)*

upon  Kevin Lauri  whose address is  Jackson Lewis
*(name of person served)*  666 Third Avenue, 29th Floor New York, NY 10017
*(where you served document)*

by  U.S. Mail
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains NY
*(town/city)  (state)*
July  12, 2012
*(month) (day) (year)*

Signature: Stephanie Christoff
Address: 30 Windsor Terrace, 3C
City, State: White Plains, NY
Zip Code: 10601
Telephone Number: 914-471-2799

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephenie Christoff, Plaintiff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 (CS)

- against -

Saturn Business Systems, et Al

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephenie Christoff, declare under penalty of perjury that I have served a copy of the attached  Letter to Judge Seibel *(document you are serving)* upon Judge Smith *(name of person served)* whose address is 300 Quarropas St, White Plains NY 10601 *(where you served document)* by U.S. Mail *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains NY
*(town/city)  (state)*

July 12, 2012
*(month) (day) (year)*

Signature: Stephanie Christoff

30 Windsor Terrace, 3C
Address

White Plains, NY
City, State

10602-
Zip Code

914-471-2799
Telephone Number

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Christoff, Plaintiff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 (C)(S)

- against -

Saturn Business Systems et al.

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff, declare under penalty of perjury that I have served a copy of the attached Letter to Judge Seibel *(document you are serving)* upon IBM Legal Depart *(name of person served)* whose address is One New Orchard Rd Armonk, NY 10504 *(where you served document)* by U.S. Mail

*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains, NY
*(town/city)  (state)*

July 12, 2012
*(month) (day) (year)*

Signature: *[signed]*
Address: 30 Windsor Terrace, J
City, State: White Plains, NY
Zip Code: 10601
Telephone Number: 914-471-2799

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Stephanie Christoff__
__Plaintiff__

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 (C)(S)

- against -

__Saturn Business Systems__
__et. al__

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, __Stephenie Christoff__ declare under penalty of perjury that I have
*(name)*

served a copy of the attached __Letter to Judge Seibel__
*(document you are serving)*

upon __Matt Sinkman__ whose address is __Tannenbaum Helpern, Syracuse & Hirschtritt__ __900 Third Ave, Room 1700, New York, NY 10022__
*(name of person served)* *(where you served document)*

by __U.S. Mail__
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: __White Plains__, __NY__
 *(town/city)* *(state)*

__July__ __12__, 20__12__
*(month)* *(day)* *(year)*

Signature: __Stephanie Christoff__

Address: __30 Windsor Terrace, 3C__

City, State: __White Plains, NY__

Zip Code: __10601__

Telephone Number: __914-471-2799__

*Rev. 05/2010*