Stephanie Christoff
30 Windsor Terrace, 3C
White Plains, NY 10601
July 23, 2012



Honorable Cathy Seibel
Southern District of New York
300 Quarropas St.,
White Plains, NY 10601

Re: Christoff v. Saturn Business Systems et. al, 10 Civ. 8505 (CS)(LMS)

Dear Judge Seibel:

I am responding to your Letter endorsement from 07/10/2012 on the same letter that was sent to you from Matthew Sinkman on July 9, 2012. The following are my responses to your handwritten statements. 1.) Since December 7, 2012, I have notified you, Honorable Judge Seibel following your procedures requesting a preconference meeting twice to advice you that since December 7, 2012, I discovered a law: New York State Article Six that clearly states that IBM was legally obligated to respond to my affidavits during discovery without SUBPOENAs. I would like to schedule a preconference meeting with you to add IBM and/or request an Endorsed Letter from you permitting me to obtain Discovery from IBM within 30 days of your Endorsement Letter. I have sent two such requests. 2.) I already responded with my Plaintiff move for Summary Judgement earlier this month and copies were sent to Tannenbaum Helpern Syracure & Hirschtritt LLP as well as IBM. This was done via U.S. Mail. Therefore, should Tannenbaum, Saturn Business Systems and IBM fail to admit receipt of the 56.1 Statement, then it would be a case of mail fraud. My signed affidavit was included in the inside cover of the folder that was mailed to all Defendants as well as Judge Seibel. Therefore, please accept this notification via fax that states I have mailed my signed affidavit and I would ask Judge Seibel to either schedule a preconference meeting and/ or update the docket to include IBM, Tannenbaum, Helpern Syracuse & Hirschtritt LLP, Saturn Business Systems, Lou Siegel, Alan Krieger, George Pappas et. al to this law suit.

Sincerely,

*[signature]*

Stephanie Christoff
914-471-2799

CC: Andrew Singer, Tannenbaum et. al.    Fax: 212-371-1084
    IBM Legal                                  717-610-752
    Kevin Lauri, Jackson Lewis               212-972-32[?]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

7:10 Civ. 8505 ( C )( S )

- against -

**AFFIRMATION OF SERVICE**

Defendants, Saturn Business Systems et. al.

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

I, Stephanie Christoff
_(name)_
, declare under penalty of perjury that I have served a copy of the attached Letter to Judge Seibel
_(document you are serving)_

upon Andrew Singer
_(name of person served)_
whose address is Tannenbaum, Helpern

Syracuse and Hirschtritt, LLP, 900 Third Avenue, New York, NY 10022
_(where you served document)_

by Fax
_(how you served document: For example - personal delivery, mail, overnight express, etc.)_

Dated: White Plains , NY
_(town/city)_ _(state)_

July       23 , 20 12
_(month)_ _(day)_ _(year)_

_Signature_

30 Windsor Terrace, 3C
_Address_

White Plains, NY
_City, State_

10601
_Zip Code_

914-471-2799
_Telephone Number_

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 ( C ) ( S )

- against -

**AFFIRMATION OF SERVICE**

Defendants, Saturn Business Systems et. al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff
    *(name)*
, declare under penalty of perjury that I have served a copy of the attached Letter to Judge Seibel
    *(document you are serving)*
upon IBM Legal                                            whose address is IBM Legal Department
    *(name of person served)*
One New Orchard Rd., Armonk, NY 10504
    *(where you served document)*
by Fax
    *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains , NY
       *(town/city)*  *(state)*

       July    23 , 2012
       *(month) (day) (year)*

Signature

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

7:10 Civ. 8505 ( C )( S )

- against -

**AFFIRMATION OF SERVICE**

Defendants, Saturn Business Systems et. al.

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

I, Stephanie Christoff , declare under penalty of perjury that I have
_(name)_

served a copy of the attached Letter to Judge Seibel
_(document you are serving)_

upon Kevin Lauri whose address is Jackson Lewis,
_(name of person served)_

666 Third Avenue, 29th Floor, New York, NY 10017
_(where you served document)_

by Fax
_(how you served document: For example - personal delivery, mail, overnight express, etc.)_

Dated: White Plains , NY
        _(town/city)_   _(state)_

July     23    2012
_(month)_ _(day)_ _(year)_

Signature: _[signed] Stephanie Christoff_

30 Windsor Terrace, 3C
_Address_

White Plains, NY
_City, State_

10601
_Zip Code_

914-471-2799
_Telephone Number_

_Rev. 05/2010_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 ( C )( S )

- against -

**AFFIRMATION OF SERVICE**

Defendants, Saturn Business Systems et. al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff
   *(name)*
, declare under penalty of perjury that I have served a copy of the attached Letter to Judge Seibel
*(document you are serving)*

upon Judge Seibel                                whose address is 300 Quarropas St.
    *(name of person served)*

White Plains, NY 10601
*(where you served document)*

by Fax
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains , NY
       *(town/city)*   *(state)*

July        23   , 2012
*(month)*  *(day)* *(year)*

*Signature:* Stephanie Christoff

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

*Rev. 05/2010*

# STAPLES copy&printcenter

## Complimentary Self-Serve Fax Cover Sheet

To: Judge Seibel

Fax #: 914-390-4278

Date:

Number of Pages (Including Cover): 6

From: Stephenie Christoff

Phone #: 914-471-2799

Reply Fax #:

Urgent ☐   Confidential ☐   Confirm Receipt ☐

### We'll do it right the first time — guaranteed.

Black & white copies • Color copies • Custom printing • Binding • Folding • Wide-format copying • Custom stamps • UPS shipping and more

that was easy.

5/06blzsv_009815