Stephanie Christoff
P.O. Box 8356
White Plains, NY 10602-8356
August 17, 2012

*The Court cannot provide any advice beyond what is contained in Doc. 81.*

So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 8/29/12

Honorable Judge Seibel,
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Reference:   Christoff vs. Saturn Business Systems et. al.
7:10 c.v. 8505 (C)(S) Docket #80 & 81
Clarification of 56.1

Dear Honorable Judge Seibel:

I apologize for confusion that I may have caused regarding the title of PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS A MATTER OF LAW dated 06/24/2012 and the delay in providing an explanation. I will attempt to clarify this document title. Because I made two attempts to schedule a preconference meetings with you specific to adding IBM to this lawsuit per New York State Article 6 and the letters were not endorsed by you, Honorable Judge Seibel, I deemed it necessary to title this document as PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS A MATTER OF LAW dated 06/24/2012. Within this document, on page 5, I added a subheading <u>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u> to specifically address the DEFENDANTS' SUMMARY JUDGMENT. The following sentence under this heading addresses 56.1. "Pro Se Plaintiff, Stephanie Christoff depends on the attached Brief in Support of Motion for Summary Judgment filed pursuant to Local Rule 56.1. For the facts, arguments, and case law set forth in the attached Brief, I hereby request that Honorable Judge Seibel of the UNITED STATES Southern District Court of New York provide an entry of Summary Judgment as a Matter of Law." Essentially, I combined both motions into one document. This was my thought process at the time that I submitted the Motion.

I am hopeful that this explanation will be sufficient to address Docket #81 concerns. That being said, I am requesting clarification from you, Honorable Judge Seibel regarding the following. Please be specific regarding procedures, so that I do not unduly burdgen the courts.
1.)   Please provide me with specifics regarding how you would like me to address my Opposition to the Defendants' and the IBM Corporations' unwillingness to respond to Discovery as Matter of Law, IBM falsification, since my two attempts to follow your procedures were not honored. 2.) Please advise on how whether I need to submit my Depostion as additional evidence. If so, does my deposition need to be notarized, as well or is the fact that I sworn in by the court reportor suffice.
3.)   Please advise if I am required to notarize each individual exhibit that I submitted.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 ( C )( S )

- against -

**AFFIRMATION OF SERVICE**

Saturn Business Systems et. al.
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff_____, declare under penalty of perjury that I have
         *(name)*

served a copy of the attached Letter to Honorable Judge Seibel_____
                               *(document you are serving)*

upon Judge Seibel_____ whose address is Federal Building
     *(name of person served)*

& U.S. Courthouse, 300 Quarropas St, White Plains, NY 10601-4150
                    *(where you served document)*

by Stephanie Christoff-U.S. Mail_____
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:  White Plains  ,  NY
        *(town/city)*   *(state)*

        August    17  , 2012
        *(month)* *(day) (year)*

*Signature* [signed: Stephanie Christoff]

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 ( C )( S )

- against -

**AFFIRMATION OF SERVICE**

Saturn Business Systems et. al.
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff
   _____, declare under penalty of perjury that I have
   *(name)*

served a copy of the attached Letter to Honorable Judge Seibel _____
                                *(document you are serving)*

upon Andrew Singer _____ whose address is Tannenbaum
     *(name of person served)*

Helpern, Syracuse & Hirschtritt LLp 900 Third Ave, NY NY 10022
                          *(where you served document)*

by Stephanie Christoff-U.S. Mail _____
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains , NY
       *(town/city)*    *(state)*

       August , 17 , 20 12
       *(month)*  *(day)* *(year)*

Signature

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10  Civ. 8505   ( C )( S )

- against -

**AFFIRMATION OF SERVICE**

Saturn Business Systems et. al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff
   *(name)*
, declare under penalty of perjury that I have served a copy of the attached Letter to Honorable Judge Seibel
   *(document you are serving)*

upon Kevin Lauri
   *(name of person served)*
whose address is Jackson Lewis LLP
666 Third Avenue, 29 Floor, New York, NY 10017
   *(where you served document)*

by Stephanie Christoff-U.S. Mail
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains , NY
       *(town/city)*   *(state)*

August   17 , 2012
*(month)* *(day)* *(year)*

Signature

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 ( C ) ( S )

- against -

Saturn Business Systems et. al.
_____

**AFFIRMATION OF SERVICE**

_____

_____ ,

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*


I, Stephanie Christoff
_____ , declare under penalty of perjury that I have
*(name)*

served a copy of the attached  Letter to Honorable Judge Seibel
_____
*(document you are serving)*

upon Honorable Judge Smith whose address is Federal Building &
_____
*(name of person served)*

U.S. Courthouse, 300 Quarropas St., White Plains, NY 10601-4150
_____
*(where you served document)*

by Stephanie Christoff·U.S. Mail
_____
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains , NY
*(town/city)* *(state)*

August 17 , 2012
*(month)* *(day) (year)*

*Signature* [signed]

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 ( C )( S )

- against -

Saturn Business Systems et. al.

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff
   *(name)*
, declare under penalty of perjury that I have served a copy of the attached Letter to Honorable Judge Seibel
   *(document you are serving)*

upon IBM Corporation whose address is 1 New Orchard Road, Armonk New York 10504
   *(name of person served)*                                    *(where you served document)*

by Stephanie Christoff-U.S. Mail
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains , NY
       *(town/city)*   *(state)*

August    17  , 2012
*(month)* *(day)* *(year)*

Signature: [signed] Stephanie Christoff

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

*Rev. 05/2010*