**MEMO ENDORSED**

*As far as the Court is concerned, the motion is fully submitted (meaning fully briefed) and no further papers will be accepted. Similarly, discovery is complete. The parties should await my decision on Defendants' summary judgment motion. As previously explained, I cannot provide any further advice to Plaintiff.*

Stephanie Christoff
P.O. Box 8356
White Plains, NY 10602-8356
September 12, 2012

Honorable Judge Seibel,
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Reference: Christoff vs. Saturn Business Systems et. al., Tannenbaum et al.
7:10 c.v. 8505 (C)(S)

Dear Honorable Judge Seibel:

As of 09/12/2012, I have not received a response from IBM, nor Saturn Business Systems. I am requesting a preconference trial with Judge Seibel and/or Judge Smith to discuss the following issues necessary to move this case forward. Again, I have procedural questions and NOT strategy questions.

Please be specific regarding procedures, so that I do not unduly burdgen the courts.
1.) Please provide me with specifics regarding how you would like me to address my Opposition to the Defendants' and the IBM Corporations' unwillingness to respond to Discovery as Matter of Law, IBM falsification, since my two attempts to follow your procedures were not honored. IBM failed to respond to PLAINTIFF'S SUMMARY AS A MATTER OF LAW. THIS IS A CRIMINAL CASE. I AM THE VICTIM OF ASSAULT WITH A WEAPON. AS MY RESUME INDICATES, UBSPAINEWEBBER WAS AN ACCOUNT THAT I SOLD TO WHILE EMPLOYED AT IBM AND I WAS HARRASSED BY IBM EMPLOYEES. While obtaining my MBA, I investigated IBM's 401K on-line calculator and discovered that the calculations were doubling. I was denied advancement and harrassed by IBMers and never paid as a whistle blower. I was being harrassed on the job to negate my findings, keep me from obtaining a better position, as well as not pay me for my patents and bonuses. At one point in my IBM career, I was also selling to NASDAQ as an inside sales rep. I think Madoff may have been monitoring my phones as well. As a result, I left IBM and at the time, I did not have the means to proceed with legal justice. Since the behavior continued at an IBM Business Partner, I am seeking justice.

2.) Please advise on whether I need to submit my Depostion as additional evidence. If so, does my deposition need to be notarized, as well or is the fact that I sworn in by the court reportor suffice?

3.) Please advise if I am required to notarize each individual exhibit that I submitted with my SUMMARY JUDGEMENT AS A MATTER OF LAW. Frankly, my exhibits should be turned over to the FBI.

*So Ordered.*

Cathy Seibel, U.S.D.J.

Dated: 9/13/12

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-14-12

4.)   Please advise if I am expected to respond to Alan Krieger's Affidavit, as well.

5.)   Please advise me of all other procedures that I may need to address regarding Fraud and investing (typo correction: investigating) Assault with an illegal weapon.

6.)   Please advise on how to procedurally address unpaid commission/bonuses that resulted in taped conversations that IBM Used to profit from with third party companies. IBM failed to respond.

7.)   Do I need to contact the District Attorney of New York City or Westchester County?

8.)   Do I need to contact the U.S. Postal Offices fraud Unit?

I look forward to your response. I am hopeful that you will endorse this letter with your response regarding a specific date and time to have a preconference trial to discuss these issues listed.

Sincerely,

*Stephanie Christoff*
Stephanie Christoff

cc:   Honorable Judge Smith, 300 Quarrapas St, White Plains, NY 10601-4150
      IBM Legal Corporation-One New Orchard, Armonk, NY 10504
      Andrew Singer of Tannenbaum et. al. 900 Third Avenue, 10022  → NY, NY
      Kevin Lauri of Jackson Lewis LLP, 29th Floor, 666 Third Avenue, 10017
                                                                  New York, NY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

7:10 Civ. 8505 ( C )( S )

- against -

Saturn Business Systems et. al.

**AFFIRMATION OF SERVICE**

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

I, Stephanie Christoff _(name)_, declare under penalty of perjury that I have served a copy of the attached Letter to Judge Seibel Dated 09/12/2012 _(document you are serving)_ upon Judge Seibel _(name of person served)_ whose address is Federal Court House 300 Quarropas St., White Plains, NY 10601-4150 _(where you served document)_

by Stephanie Christoff -U.S. Mail
_(how you served document: For example - personal delivery, mail, overnight express, etc.)_

Dated: White Plains, NY
_(town/city)   (state)_

September 12, 2012
_(month) (day) (year)_

Signature

30 Windsor Terrace, 3C
_Address_

White Plains, NY
_City, State_

10601
_Zip Code_

914-471-2799
_Telephone Number_

_Rev. 05/2010_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 ( C )( S )

- against -

**AFFIRMATION OF SERVICE**

Saturn Business Systems et. al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff _____, declare under penalty of perjury that I have
      *(name)*

served a copy of the attached **Letter to Judge Seibel Dated 09/12/2012**
                                    *(document you are serving)*

upon **IBM Legal Department** whose address is **1 New Orchard Rd, Armonk, NY 10504**
      *(name of person served)*                            *(where you served document)*

by Stephanie Christoff - U.S. Mail
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:   White Plains , NY
         *(town/city)*  *(state)*

         September , 12 , 20 12
         *(month)*    *(day)* *(year)*

_____Stephanie Christoff_____
Signature

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 ( C )( S )

- against -

Saturn Business Systems et. al.

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff *(name)*, declare under penalty of perjury that I have served a copy of the attached Letter to Judge Seibel Dated 09/12/201 *(document you are serving)* upon Judge Smith *(name of person served)* whose address is Federal Courthouse 300 Quarropas St, White Plains, NY 10601-4150 *(where you served document)*

by Stephanie Christoff - U.S. Mail
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains *(town/city)*, NY *(state)*
September *(month)*, 12 *(day)*, 2012 *(year)*

Signature: [signed] Stephanie Christoff

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

Rev. 05/2010