Stephanie Christoff
P.O. Box 8356
White Plains, NY 10602
August 31, 2012

Internal Revenue Service
Andover IRS Center
P.O Box 9038
Andover, MA 01810-4544

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/12

      Subject:      Notice Number: CP2000
                     Social Security #:  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
                     2010 Tax Year
                     New York Southern District Court of New York
                     Case #: 7:10 c.v. 8505 Christoff vs. Saturn Busines Systems et. al.

Dear IRS Tax Representative:

I am writing to you based on my conversations held with the following Tax Representatives ID#: 0173995, 0341367, 0568842 respectively on 08/31/2012. The following is my summary of the conversations. Representative #0173995 advised me that since my Tax issue has not been resolved that I should be speaking with the Tax Advocate Group. She provided me with the phone number for the Tax Advocate Group 1-877-777-4778 and I spoke to Tax Advocate Representative #0341367. The Tax Advocate Rep then told me that I was erroneously sent to his group and he routed me back to the CP2000 Group and I spoke to #0568842. I requested an update regarding the status of having my former employer Saturn Business Systems investigated for inaccuracies with their reporting of my income in 2010. I was never provided with a final financial statement regarding total earnings from Saturn Business Systems. Therefore, my taxes were inaccurately reported and I do not agree with the IRS' Summary. Tax Rep #0568842 advised me that the IRS did send out a notification to my former employer on May 17, 2012. However, Saturn Business Systems declined to provide me with a statement. I did NOT receive a copy of this letter from the IRS dated 05/17/2012. My understanding is that this letter advised Saturn Business Systems that they had 60 days to respond. According to the IRS, they never responded.

I made several attempts to obtain information from Saturn Business Systems. They declined to provide me with an explanation of the discrepancy of $523.38. Also, I was short paid approximately a final commission check which is fraud and I notified the IRS.

I am requesting a copy of the following documentation from the IRS.
1.)    The letter that was sent to Saturn Business System on May 17, 2012.
2.)    A written summary of all the notes taken from the Tax Representatives year to date regarding this case.

Finally, I am sending a copy to Judge Seibel, so that she is aware that the Attorneys representing Saturn Business Systems failed to provide me with a statement to explain the $523.38. I am requesting that courts charge Mr. Singer of Tannenbaum, Helpern, Syracue & Hirschtritt, Saturn Business Systems and the IBM Corporation with violations. IBM failed to respond in a timely manner to multiple requests of my Discovery. I expect to be compensated for falsification and wrong doing as per Article Six New York State Law.

Sincerely,

Stephanie Christoff

cc: Mr. Singer, Et. Al. Tannenbaum, Helpern, Syracuse & Hirschtritt, 900 Third Avenue, New York, NY 10022
Honorable Judge Seibel, Federal Courthouse, 300 Quarropas St., White Plains, NY 10601-4150
Honorable Judge Smith, Federal Courthouse, 300 Quarropas St., White Plains NY 10601-4150
IBM Legal Department, 1 New Orchard Rd, Armonk, NY 10504
Kevin Lauri, Jackson Lewis, 666 Third Avenue, 29th Floor, New York, NY 1001⁻

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10  Civ. 8505  ( C )( S )

- against -

**AFFIRMATION OF SERVICE**

Saturn Business Systems et. al.
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff
  _____(name)_____ , declare under penalty of perjury that I have

served a copy of the attached  IRS Letter August 31, 2012 _____
                               *(document you are serving)*

upon Honorable Judge Smith _____  whose address is Federal Court House
       *(name of person served)*

300 Quarropas St., White Plains, NY 10601-4150 _____
                      *(where you served document)*

by  Stephanie Christoff -U.S. Mail _____
    *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains , NY
       *(town/city)*   *(state)*

September   1  , 20 12
*(month)*  *(day) (year)*

*Signature* [signed: Stephanie Christoff]

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 ( C )( S )

- against -

**AFFIRMATION OF SERVICE**

Saturn Business Systems et. al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff
     *(name)*
, declare under penalty of perjury that I have served a copy of the attached IRS Letter August 31, 2012
     *(document you are serving)*

upon IBM Legal Department
     *(name of person served)*
whose address is One New Orchard,

Armonk, NY, 10504
     *(where you served document)*

by Stephanie Christoff - U.S. Mail
     *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains , NY
       *(town/city)*    *(state)*

September    1 , 2012
*(month)*    *(day) (year)*

*Signature*

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 ( C )( S )

- against -

**AFFIRMATION OF SERVICE**

Saturn Business Systems et. al.
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*


I, Stephanie Christoff
_____, declare under penalty of perjury that I have
*(name)*

served a copy of the attached IRS Letter August 31, 2012 _____
*(document you are serving)*

upon Andrew Singer-Tannenbaum, Helpern, Syracuse & Hirschtritt whose address is 900 Third Avenue,
*(name of person served)*

New York, NY 10022
_____
*(where you served document)*

by Stephanie Christoff - U.S. Mail
_____
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:  White Plains        ,  NY
        *(town/city)*        *(state)*

        September    1    20 12
        *(month)*   *(day)* *(year)*

Signature

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 ( C )( S )

- against -

**AFFIRMATION OF SERVICE**

Saturn Business Systems et. al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff
   *(name)*
, declare under penalty of perjury that I have served a copy of the attached IRS Letter August 31, 2012
   *(document you are serving)*

upon Kevin Lauri, Jackson Hewitt   whose address is 666 Third Avenue,
   *(name of person served)*

29th Floor, New York, NY 10017
   *(where you served document)*

by Stephanie Christoff -U.S. Mail
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains , NY
   *(town/city)* *(state)*

September 1 , 20 12
   *(month)* *(day) (year)*

Signature

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 ( C )( S )

- against -

**AFFIRMATION OF SERVICE**

Saturn Business Systems et. al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff
   *(name)*
, declare under penalty of perjury that I have

served a copy of the attached  IRS Letter August 31, 2012
*(document you are serving)*

upon  IRS                                                                whose address is  Andover
   *(name of person served)*

IRS Center, P.O. Box 9035, Andover, MA 01810-4544
*(where you served document)*

by Stephanie Christoff - U.S. Mail
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:  White Plains       , NY
        *(town/city)*    *(state)*

        September    1   , 2012
        *(month)*  *(day)* *(year)*

*Signature*

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Stephanie Christoff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:10 Civ. 8505 ( C )( S )

- against -

**AFFIRMATION OF SERVICE**

Saturn Business Systems et. al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Stephanie Christoff
   *(name)*
, declare under penalty of perjury that I have served a copy of the attached IRS Letter August 31, 2012
   *(document you are serving)*
upon Honorable Judge Smith whose address is Federal Court House
   *(name of person served)*
300 Quarropas St., White Plains, NY 10601-4150
   *(where you served document)*
by Stephanie Christoff - U.S. Mail
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: White Plains , NY
          *(town/city)*   *(state)*

September   1 , 20 12
   *(month)*  *(day) (year)*

Signature

30 Windsor Terrace, 3C
*Address*

White Plains, NY
*City, State*

10601
*Zip Code*

914-471-2799
*Telephone Number*

*Rev. 05/2010*