Stephanie Christoff
P.O. Box 8356
White Plains, NY 10602-8356
September 20, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/12

Honorable Judge Seibel,
Federal Building and United States Courthouse
300 Quaaropas St.,
White Plains, NY 10602-4150

Reference:   Christoff vs. Saturn Business Systems et. al.  7:10 c.v. 8505 (C)(S)
Letter Response to Judge Seibel's 09/13/2012 endorsement of 09/12/2012 letter from Plaintiff motioning: 1.) Judge Seibel to include FBI and/or all law enforcement ageny evidence to all parties per Plaintiff Summary Judgement as a Matter of Law. 2.)  Judge Seibel to acknowledge that discovery against IBM is incomplete and to either issue a Court Order requiring the FBI and Law Enforcement to complete discovery or allow Plaintiff 60 days to complete Discovery per Article 6. 3.) Court Order for immediate payment of $114,000 each for failure to adhere to Federal & State Laws to be paid immediately as penalties to Plaintiff.  4.) Judge Seibel to issue a court order requiring Saturn Business Systems to reinstate Cobra to Plaintiff

Dear Honorable Judge Seibel:

Thank you for taking the time to review this case and endorse my letter. That being said, your endorsed comments were as follows: "As far as the court is concerned, the motion is fully submitted (meaning fully briefed) and no further papers will be accepted. Similarly, discovery is complete. The parties should await my decision as Defendants' Summary Judgement  Motion. As previously, explained, I cannot provide further advice to Plaintiff."

1.) Currently, Discovery against IBM is NOT complete and I have been denied due process based on your rendoring of 09/13/2012 unless the FBI or other law enforcement agencies are allowed to submit their investigative findings to the parties as evidence. The fact that an illegal weapon was used further verifies that I have been denied due process which created a sense of fear and concerns for my safety.  Also, as a result of Tannenbaum, IBM, Saturn Business Systems', Jackson Lewis' apathy and wrong doing, I am uninsured which also indicates that I have been denied due process.

> "The Constitution states only one command twice. The Fifth Amendment says to the federal government that no one shall be "deprived of life, liberty or property without due process of law." The Fourteenth Amendment, ratified in 1868, uses the same eleven words, called the Due Process Clause, to describe a legal  obligation of all states. These words have as their central promise an assurance that all levels of

American government must operate within the law ("legality") and provide fair procedures." (http://www.law.cornell.edu/wex/due_process Peter Strauss).

2.) As my letter stated on 09/12/2012. "Again, I have procedural questions and NOT strategy questions" regarding obtaining discovery from IBM information regarding unpaid commissions, fraud, unpaid patents and concepts, unpaid wages as a result of falsification within 30 to 60 days from receipt this letter, on-going IBM harrassment, discrimination which has caused my inability to obtain full-time employment and on-going harrassment via illegal jobs posted on-line, spying by IBM or paid individuals on behalf of IBM on my cell phone and computer. Per New York State Article Six, I legally have six years to obtain Discovery. Discovery should be allowed from the date of original law suit when IBM was on this law suit prior to your rendoring to remove IBM in 2012.

Again, based on Article Six New York State law, I should have been able to have my discovery answered by IBM by December 31, 2012 without a Subpoena which I did not know at the time (http://law.onecle.com/new-york/labor/LAB0190_190.html). I have made multiple requests to obtain my Discovery evidence against IBM. Based on that fact alone, I am motioning that all fact finding evidence gathered by the FBI or any other law enforcement agency be admitted as evidence. As an unemployed Pro Se Plaintiff seeking employment, I have limited resources to pursue a case of this magnitude where my employment at IBM resulted in Madoff spying on my cell phone, UBSPainewebber and IBM illegally obtaining my information and taking my information illegally for corporate profits and financial gains to others through misappropriation of funds, illegal contracts while violating my property rights.

Furthermore, Honorable Judge Seibel, it should be noted that you did make inferences on our 1/23/2012 preconference meeting which I did articulate to you on the letter dated on 02/10/2012 which states the following:

> "I would also like to clarify your perception that led to your comments made at the 1/23/2012 conference re: me being on a "fishing expedition" specific to IBM and that I made a "crazy accusation" regarding IBM employees, such as Klaus Planton, my former IBM Manager, using technology to communicate with me in my home without my permission, to make an inappropriate comment specific to this law suit, in my home via me my cable system (television speaker) without calling me on the conventional telephone or cell phone. I ask that your Honor read the following comments without prejudice.

3.) I have already established with my Summary Judgement as a Matter of Law, that inferences are human rights violations based on case precedence. I fell short of adding your inappropriate inferences to my Summary Judgement as a Matter of Law with the hopes of due process ocurring. Though, I did add my letter as evidence in the attachments.

Therefore, I am motioning that Tannenbaum et. al, Jackson Lewis et. al., Saturn Business Systems and IBM all be charged $114,000 each in fees to me for failure to properly administer the law as per case Federal law Pacquiao's Case. "A federal judge has ordered boxer Floyd Mayweather Jr. to pay about $114,000 for avoiding questioning from rival fighter Manny Pacquiao's lawyers in a defamation case. But on Monday they won more than $113,000 in legal fees and $774 in costs for what U.S. District Judge Larry Hicks bluntly called "Mayweather's obviously intentional decision not to appear for his court ordered deposition" (http://www.businessweek.com/ap/2012-09-20 mayweather-told-to-pay-114-000-in-pacquiao-case). In my case, IBM, Jackson Lewis et. al., Tannenbaum et. al. and Saturn Business Systems et. al., clearly failed to respond to my attempts to obtain legal Discovery. This will serve as penalties until I obtain what is legally my right to my information. Maybe a monthly charge of $114,000 per every 30 day delay would be appropriate as well.

4.) Furthermore, as a result of the Summary Judgement as a Matter of Law, I am motioning that Judge Seibel mandate a court order to have my Cobra Insurance through Saturn Business Systems reinstated.

My rights have been violated and I demand and expect due process.

Sincerely,


Stephanie Christoff
914-471-2799