UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STEPHANIE CHRISTOFF,

                Plaintiff,        Case No. 10 Civ. 8505 (CS)(LMS)

        - against -        **AFFIDAVIT OF SERVICE**
                                                       **VIA FED EX**

SATURN BUSINESS SYSTEMS *et al.*,

                Defendants.
------------------------------------------------------------------x

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK )

        **Gail Burwa**, being duly sworn, deposes and says:

        I am not a party to this action, am over eighteen years of age, and reside in Whiting, New Jersey.

        On August 17, 2012, I served via FED EX (Tracking Number 8770 4794 2138) a true and correct copy of the **DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT, dated 8/17/12**, addressed to:

                Stephanie Christoff
                30 Windsor Terrace, 3C
                White Plains, NY 10605

Dated: New York, New York
           February 15, 2013

                                              _____
                                              Gail Burwa
                                              Tannenbaum Helpern Syracuse Hirschtritt LLP
                                              900 Third Avenue
                                              New York, New York 10022
                                              (212) 508-6772

Sworn to before me this
15th day of February 2013

_____
Notary Public

            MATTHEW R. MARON
      Notary Public, State of New York
        Qualified in New York County
             No. 02MA6141948
      Commission Expires March 6, 2014