**MEMO ENDORSED**

*Application denied. There is no need to supplement the record with the medical records or materials from the NYState Dept of Labor, as those items are not relevant to the ~~specific~~ bases on which I granted summary judgment. See Fed. R. App. P. 10(e) (allowing supplementation of the record if anything "material" is omitted from the record by "error or accident"). Nor would these materials have affected my decision in any way. To protect Plaintiff's privacy, the medical records shall not be publicly filed.*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Stephanie Christoff
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

Saturn Business Systems, IBM Corporation, George Pappas, Lou Siegel, Alan Krieger
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

10 Civ. 8505 (CS)

NOTICE OF MOTION

So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 4/8/13

PLEASE TAKE NOTICE that upon the annexed affirmation of Stephanie Christoff, (name) affirmed on March 05, 20 13, and upon the exhibits attached thereto (delete if no (date) Medical records exhibits), the accompanying ~~Memorandum of Law~~ in support of this motion (delete if there is no Memorandum of Law), and the pleadings herein, (plaintiff)/defendant will move this Court, before
(circle one)

Judge Seibel, United States District/Magistrate Judge, for an order
(Judge's name)                                    (circle one)

pursuant to Rule _____ of the Federal Rules of Civil Procedure granting (state what you want the Judge to order): __See Page 2__

I declare under penalty of perjury that the foregoing is ~~true~~ and correct.

Dated: Marco Island   Fl         Signature: Stephanie Christoff
       (city)         (state)    Address: 244 Pebble Beach Circle #2018, Naples Fl 34113

March 05, 20 13                  Telephone #: 914-471-2799
(month)  (day)  (year)           Fax Number: _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-9-13

Rev. 05/2007

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1.

1.) As a result of not having Cobra Insurance, Pro Se Plaintiff avoided doctor's visits unless there was an emergency. Upon the recommendation of Plaintiff's father, while visiting her father in Florida in December of 2012, Pro Se Plaintiff made a doctor's appointment with her father's family doctor, Dr. Evenhuis for a full physical. Dr. Evenhuis identified an irregular heart beat which was first identified at White Plains Emergency Hospital in August of 2009, shortly after George Pappas, Manager, bullied Pro Se Plaintiff. Records will show this update.

Dr. Evenhuis requested Plaintiff's medical records because Dr. Evenhuis identified irregular heart beat and prescribed Atenolol, a heart beta blocker. The process of obtaining medical records took approximately two months. Records were emailed to Pro Se Plaintiff on 03/06/2013 from Pamela Grosjean of White Plains Medical Staff after Judge Seibel closed the case. Though, Pro Se Plaintiff filed a Motion for Reconsideration and Motion for a New Trial in February of 2013, prior to Appealing Judge Seibel's Final Judgement with the Second Circuit. Dr. Evenhuis is monitoring Pro Se Plaintiff to slow the number of heart beats down. Follow up appointment will be on 04/08/2013.

With the Appeals Court's permission and the New York Southern District Court's permission, Pro Se Plaintiff is Motioning to add Medical Records as evidence to both New York Southern District Court Docket: #10-cv-8505 and U.S. Court of Appeals for the Second Circuit Docket #: 13-752 c.v. using this document. There are 37 pages total of medical records.

2.) With the Appeals Court and the New York Southern District Court's permission, I, Stephanie Christoff, Pro Se Plaintiff, am Motioning to add six hardcopy pages of Department of Labor's Wage Prevention Act to the Second Circuit Court of Appeals Court's Docket #: 13-752 c.v. and the New York Southern District Court's Docket #: 10-cv-8505 to both records.

I declare under penalty of perjury that the foregoing is true and correct.


Naples, Florida                     Stephanie Christoff
March 05, 2013                      Signature: *Stephanie Christoff*
                                    244 Pebble Beach Circle, #201B
                                    Naples, Florida  34113
                                    914-471-2799